UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:20-cv-21092-CMA

IN RE:

VERIFIED COMPLAINT OF GOD'S BLESSING LTD., legal owner, and ROGER WEST, beneficial owner, of a 2003 built 29.33-meter Pershing motor yacht named "*Exodus*", Cayman Islands Shipping Registry Official Number 745268, her engines, tackle, furniture, furnishings, tender, personal watercraft and appurtenances, for Exoneration from or Limitation of Liability,

      Petitioners.
_____/

## AD INTERIM STIPULATION OF VALUE AND STIPULATION FOR COSTS

WHEREAS, God's Blessing Ltd. and Roger West (the "Plaintiffs"), as the legal and beneficial owners of the 2003 built 29.33-meter Pershing motor yacht named "*Exodus*" ("Vessel"), have instituted a proceeding in this Court for exoneration from or limitation of liability with respect to all losses, damages, injuries, or destruction allegedly resulting from the casualty described in the Verified Complaint, in which the Plaintiffs request, among other things, that a Monition may issue to all persons or corporations asserting claims for loss, injuries or damages arising out of said accident and voyage, admonishing them to appear and make due proof of their respective claims and also to appear and answer the allegations of Plaintiffs herein, and that an Injunction be issued restraining commencement and prosecution of any and all actions, claims or proceedings against Plaintiffs, the Vessel, or any other property of the Plaintiffs as a result of the accident described in the Verified Complaint, except pursuant to the Monition granted herein;

WHEREAS Plaintiffs wish to provide an Ad Interim Stipulation for the value of their interest in the Vessel as security for all those who may file claims herein, pending the ascertainment by reference of the amount or value of Plaintiffs' interest in the Vessel.

NOW THEREFORE, the Plaintiffs stipulate that they will deposit no more than the sum of Nine Hundred Thirty-Six Thousand Thirty-Six and 00/100 Dollars ($936,036.00), in the form of a surety bond or letter of undertaking with the Court's registry with interest at the rate of 6% per annum from the date hereof and costs, and Plaintiffs will pay said sum and/or deposit said surety bond or letter of undertaking into the Court within fifteen (15) days after the demand thereof by any Claimant.

Further, Plaintiffs will pay and/or deposit a surety bond or letter of undertaking in the Court's registry, within fifteen (15) days after the entry of an Order confirming the report of a commissioner to be appointed to appraise the amount of value of the Plaintiffs' interest in the Vessel, the amount or value of such interest is thus ascertained and ordering the posting of said bond or letter of undertaking, if demanded by any Claimant, or alternatively will file in this proceeding a Joint Stipulation for Value in the usual form, and that after giving of the Joint Stipulation for Value in the usual form, this Ad Interim Stipulation shall stand as security for all claims in the said limitation of liability proceeding *in lieu* of said bond, until such time as any Claimant demands the posting of a bond or the Court so orders.

THIS DONE AND EXECUTED this 13th day of March, 2020.

Respectfully Submitted,

/s/ *Farris J. Martin, III*
Farris J. Martin, III, Esq., as Attorney-in-fact for Plaintiffs, God's Blessing Ltd. and Roger West
Florida Bar No.: 0879916
fmartin@strouplaw.com

        James W. Stroup, Esq.
        Florida Bar No.: 0842117
        jstroup@strouplaw.com
        STROUP & MARTIN, P.A.
        119 SE 12th Street
        Fort Lauderdale, Florida 33316
        Telephone: (954) 462-8808
        Facsimile: (954) 462-0278

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 13, 2020, I electronically filed the foregoing document with the Clerk of the court using CM/ECF.

        /s/ *Farris J. Martin, III*
        Farris J. Martin, III
        Florida Bar No.: 0879916