UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:20-cv-21092-CMA

IN RE:

VERIFIED COMPLAINT OF GOD'S BLESSING LTD., legal owner, and ROGER WEST, beneficial owner, of a 2003 built 29.33-meter Pershing motor yacht named "*Exodus*", Cayman Islands Shipping Registry Official Number 745268, her engines, tackle, furniture, furnishings, tender, personal watercraft and appurtenances, for Exoneration from or Limitation of Liability,

      Petitioners.
_____/

**AFFIDAVIT OF VALUE**

STATE OF FLORIDA    )
                               ) ss:
COUNTY OF BROWARD  )

      BEFORE ME, the undersigned authority, a notary public, personally came and appeared JASON DUNBAR who, being duly sworn, did depose and state as follows:

    1.    I am Jason Dunbar and I am over eighteen years of age.

    2.    I am a Florida licensed yacht broker employed with Luke Brown Associates in Fort Lauderdale, Florida.

    3.    I first obtained my license as a yacht broker from the State of Florida in 1998. I have been actively working as a yacht broker in South Florida for over 20 years.

    4.    I personally inspected M/Y *Exodus*, which is a 2003 built 29.33-meter Pershing motor yacht, Cayman Islands Shipping Registry Official Number 745268. I also reviewed

market information about sales of similar model Pershing motor yachts to formulate an opinion about the fair market value of M/Y *Exodus* in September 2019.

5. I have determined that the fair market value of M/Y *Exodus* immediately following the accident was no more than $936,036.00. A copy of my written report concerning my appraisal of M/Y *Exodus* is attached hereto as Exhibit "A".

_____
JASON DUNBAR

STATE OF FLORIDA       )
                       ) ss:
COUNTY OF BROWARD      )

BEFORE ME, the undersigned authority, personally appeared Jason Dunbar who (X) is personally known to me, or ( ) who produced a copy of _____ as proof of identification. SWORN TO AND SUBSCRIBED before me this 11th day of March, 2020.



Notary Public State of Florida
Mary Jane Noon
My Commission GG 334643
Expires 07/18/2023

Mary Jane Noon

# EXHIBIT "A"



1500 Cordova Road, STE 200 * Fort Lauderdale, Florida 33316
A tradition of Excellence since 1969
Knowledge * Integrity * Professionalism

*"Value expresses an economic concept, as such it is never a fact but always an opinion of worth at a given time in accordance with a specific definition of value."*

**Jason Dunbar**
**Cell: 954-805-4924**
**Email: jason@lukebrown.com**

At the request of:
Stroup and Martin P.A.
112 SE 9th ST
Ft Laud, FL.

March 11, 2020

**DESCRIPTION OF VESSEL:**
VESSEL NAME: Exodus
YEAR BUILT: 2003
BUILT BY: Pershing
DATE OF INSPECTION: March 9th 2020
LOA: 88'
BEAM: 21'5"
HORSEPOWER: 2x 1,000MTU with approximately 1400 hours since new.

### Assignment

Appraise the Fair Market Value ("FMV") of the 2003 Pershing 88 called Exodus on the date of September 2019.

September 2019 Fair Market Value of Exodus was - **$936,036.00**

Method of Appraisal

1. Comparable markets or Cost approach:

    a. Review sales data of comparable yacht or 'Comps' refers to the sale of yachts of comparable length, beam, age, exterior, and interior design.
    Current asking prices of 88' Pershing of a similar age were averaged along with the probable difference between asking price and selling prices. (1)

1

    b. Luke Brown Yacht's ("LBY") update system with approx. 30 years of recorded values and engineering insight was applied for any significant design flaws. There were several records in the LBY Update system on Pershing 88's with no obvious design flaws noted. (2)

2. Inspection of the Vessel

I inspected Exodus at Dinner Key Marina in Miami, FL on March 9th, 2020 with Captain Larman. The inspection showed me the yacht's immediate needs, which appear to be cosmetic in nature and indicative of a vessel 16/17-year.

The exterior paint needs touched up, the exterior teak need replace in some area, the engine room could use some paint. The interior of the yacht has been well preserved and shows no signs of abuse or accelerated deterioration.

It was reported the yacht has experienced no reported damage history, as the result of a fire, sinking, or breach of the hull. Captain Larman has been content with the owners' budget to maintain good standards of seamanship.

3. 2019 Secondhand Yacht Market:

For a 16-year-old Italian production high-speed motor yacht to be considered marketable or indeed sellable, she must be well maintained by a knowledgeable and diligent crew/contractor, who must, in turn, be supported by a sensible budget. If either of these elements is not in place, then the value of the yacht will rapidly diminish as she ages.

Noting the average cosmetic condition of Exodus, above the -water lines, it is highly probable the boat has been maintained with a sensible budget and or by knowledgeable crew/contractors.
There are some costs needed to bring exodus into a competitive FMV condition and achieve a sale in an average time frame.

Yachts similar to Exodus in speed, build region, design quality; have a depreciation rate of approximately 1.5% between the 16th and 19th year after in existence.
Noting the appraisal is for 2019, I removed one year of depreciation from the 2020 probable FMV of $922,203. ($922,203.00 = 1.5% = $936,036)

4. Summary of Appraisal

The cost of comparable boats were assessed and depreciated based on the age of Exodus and market trends in the United States. This appraisal uses a depreciation rate determined by sales records and my 27 years of experience as a yacht broker.
I have combined the cost approach, observed depreciation rates and my personal inspection as means of reasonably and accurately assessing the value of a yacht for a specific date and time.
With a high rate of probability, the September 2019 fair market value of Exodus was $936,036.00

2

Appraisers Qualifications

My name is Jason Dunbar. I am a certified professional Yacht Broker, and I am presently employed as the Vice President of Luke Brown Yachts. I've been a yacht broker since 1994. I am certified in the uniform standards of professionally appraisal practices (U.S.P.A.P.) by the American Society Appraisers. As a seasoned Yacht Broker and appraiser, I am routinely called upon to utilize my training and experience to determine the value of yachts of all sizes and ages, both for my brokerage clients and as an expert witness in litigation matters.

I will be happy to expand on my points above if you require it.

Sincerely,

Jason Dunbar
Vice President of Luke Brown Yachts
Past IYBA Board Member
Past MIASF Board Member
USPAP Certified
Certified Professional Yacht Broker
USCG Licensed Capt. 1993-2016

Source:
1. Soldboats.com was used to ascertain the average difference between the asking price and selling price of a Pershing 88 over a 5-year period. (23%)
Yachtworld.com provided the average asking price of a 16 to 17-year-old Pershing 88 ($1,197,666)
2. LBY update system provided no evidence of significant flaws in the yachts design characteristics to merit accelerated depreciation beyond like kind yachts.

3