UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:20-cv-21092-CMA

IN RE:

VERIFIED COMPLAINT OF GOD'S BLESSING LTD., legal owner, and ROGER WEST, beneficial owner, of a 2003 built 29.33-meter Pershing motor yacht named "*Exodus*", Cayman Islands Shipping Registry Official Number 745268, her engines, tackle, furniture, furnishings, tender, personal watercraft and appurtenances, for Exoneration from or Limitation of Liability,

    Petitioners.

_____/

**PLAINTIFFS' MOTION TO APPROVE *AD INTERIM* STIPULATION OF VALUE AND COSTS (DE 3), DIRECTING ISSUANCE OF MONITION AND INJUNCTION**

  Plaintiffs, God's Blessing Ltd. and Roger West, as Owners, (collectively the "Plaintiffs"), of a 2003 built 29.33-meter Pershing motor yacht named *Exodus*, Cayman Islands Shipping Registry Official Number 745268, ("Vessel"), pursuant to Supplemental Rule F, of the Federal Rules of Civil Procedure and the Local Admiralty Rules, requests this Court enter an order approving the *Ad Interim* Stipulation of Value and Stipulation of Costs (DE 3) filed herein, issuing a monition directing all potential claimants to join in this action, and issuing an injunction staying prosecution of any claim arising from, or related to, the incident that is the subject of Plaintiffs' Verified Complaint in any forum other than this limitation action, and shows:

  1. Plaintiffs have filed a Verified Complaint (DE 1) accompanied by an *Ad Interim* Stipulation of Value and Stipulation for Costs (DE 3) claiming the benefits of exoneration from or limitation of liability as provided by act of Congress embodied in 46 U.S.C. § 30501, et seq.,

together with all statutes supplementary thereto and amendatory thereof, Supplemental Rule F, and the Local Admiralty Rules, and also contesting liability independently of the limitation of liability claim under said Act for any personal injury, property damage, destruction or other occurrences arising from the incident described in the Verified Complaint which allegedly occurred on September 16, 2019.

2. The Verified Complaint states the facts and circumstances on which such exoneration from, or limitation of, liability is claimed. See DE 1.

3. The Vessel's value immediately following the alleged incident was $936,036.00. Plaintiffs' valuation of the Vessel is supported by the Affidavit of Value (DE 4) signed by Jason Dunbar, a Florida licensed yacht broker. There was no pending freight. Therefore, the limitation fund is $936,036.00.

4. Supplemental Admiralty Rule F(4) and Local Admiralty Rule F(1) direct the Court to issue a monition setting the time period for all potential claimants to file their respective claims against the limitation fund, and, should they choose, to challenge Plaintiffs rights to limitation or exoneration, and answer Plaintiffs' Verified Complaint. A copy of a proposed Order Approving Ad Interim Stipulation of Value and Costs is attached as Exhibit "A"; a proposed Monition is attached as Exhibit "B"; and a proposed Notice of Monition is attached hereto as Exhibit "C".

5. Plaintiffs will arrange to publish the monition notice in accordance with Supplemental Rule F(4) and Local Admiralty Rule A(7) and F(1). Plaintiffs will continue to publish the notice for four consecutive weeks unless otherwise ordered by this Court. Additionally, all known potential claimants will be mailed a copy of the Verified Complaint, Order Approving Ad Interim Stipulation of Value and Costs, Monition and Notice of Monition.

6. In accordance with Supplemental Rule F(4), Plaintiffs request the date for expiration of the period in which a potential claimant may file a claim be set for April 24, 2020.

7. Supplemental Rule F(3) provides that "[o]n application of the [plaintiff] the court shall enjoin the further prosecution of any action or proceeding against the [plaintiff] or the [plaintiff's] property with respect to any claim subject to limitation in the action."

WHEREFORE, Plaintiffs, God's Blessing Ltd. and Roger West, respectfully request this Court enter an Order:

a. Approving the Plaintiffs' *Ad Interim* Stipulation regarding the value of the Vessel in the amount of $936,036.00 with Plaintiffs subject to such increases or decreases in the amount of such *Ad Interim* Stipulation, together with adequate surety, as the Court may from time to time order according to the rules and practices of this Court;

b. That if the amount of said *Ad Interim* Stipulation is not contested by any claimant herein, the *Ad Interim* Stipulation shall stand as a stipulation for value and an appraisal by a Commissioner will not be required;

c. That if the amount of said *Ad Interim* Stipulation is contested, any party may move to have the amount of said *Ad Interim* Stipulation increased on the filing of the report of the Commissioner appointed to appraise the amount or value of Petitioners interest in the Vessel and any pending freight, or upon the ultimate determination by the Court on exceptions to the Commissioner's report;

d. Directing that an injunction be issued staying and restraining the commencement or further prosecution of any suits, actions, or proceedings in any jurisdiction against Plaintiffs or any of their property with respect to any claims for which Plaintiffs seek exoneration from or limitation of liability, including any claim arising out of or connected with any loss, damage, injury

or destruction resulting from the alleged accident described in the Verified Complaint, until the hearing and determination of this limitation proceeding; and

  e. Granting any other relief the Court deems proper and appropriate.

Dated: March 13, 2020.

           Respectfully Submitted,

           /s/ *Farris J. Martin, III*
           Farris J. Martin, III, Esq.
           Florida Bar No.: 0879916
           fmartin@strouplaw.com
           STROUP & MARTIN, P.A.
           119 SE 12th Street
           Fort Lauderdale, Florida 33316
           Telephone: (954) 462-8808
           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 13, 2020, I electronically filed the foregoing document with the Clerk of the court using CM/ECF.

           /s/ *Farris J. Martin, III*
           Farris J. Martin, III
           Florida Bar No.: 0879916