UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:20-cv-21092-CMA

IN RE:

VERIFIED COMPLAINT OF GOD'S BLESSING LTD., legal owner, and ROGER WEST, beneficial owner, of a 2003 built 29.33-meter Pershing motor yacht named "*Exodus*", Cayman Islands Shipping Registry Official Number 745268, her engines, tackle, furniture, furnishings, tender, personal watercraft and appurtenances, for Exoneration from or Limitation of Liability,

        Petitioners.

_____/

## **MONITION**

Notice is hereby given that a Verified Complaint for Exoneration from or Limitation of Liability has been filed in the United States District Court for the Southern District of Florida, on March 12, 2020 by Plaintiffs, God's Blessing Ltd. and Roger West, as owners of the motor yacht *Exodus*, Cayman Islands Official Number 745268 (the "Vessel"), pursuant to 46 U.S.C § 30501 *et seq.*, and Supplemental Admiralty Rule (F) of the Federal Rules of Civil Procedure, and the statutes supplemental thereto and amendatory thereof, seeking exoneration from or limitation of any liability concerning any and all personal injury, property damage, destruction or other losses occasioned by or arising out of the marine casualty allegedly occurring on or about September 16, 2020, as more fully described in the Verified Complaint.

All persons and entities having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules

of Civil Procedure, with the Clerk of this Court and to serve copies thereof on Plaintiffs' Attorneys, Farris J. Martin, III, Esq. and James W. Stroup, Esq. of Stroup & Martin, P.A., 119 Southeast 12th Street, Fort Lauderdale, Florida 33316 **on or before** _____, **2020**.

If any claimant desires to contest Plaintiffs' right to exoneration from or limitation of liability, he or she shall file and serve on counsel for the Plaintiffs an answer to the Verified Complaint on or before the aforesaid date unless his or her claim has included an answer, or be defaulted.

Dated this _____ day of March, 2020

_____
CLERK, United States District Court for the
Southern District of Florida