UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:20-cv-21092-CMA

IN RE:

VERIFIED COMPLAINT OF GOD'S BLESSING LTD., legal owner, and ROGER WEST, beneficial owner, of a 2003 built 29.33-meter Pershing motor yacht named "*Exodus*", Cayman Islands Shipping Registry Official Number 745268, her engines, tackle, furniture, furnishings, tender, personal watercraft and appurtenances, for Exoneration from or Limitation of Liability,

       Petitioners.

_____

## NOTICE OF MONITION

LEGAL NOTICE FOR PUBLICATION.  Notice is hereby given that Plaintiffs, GOD'S BLESSING LTD. and ROGER WEST, as owners, ("Plaintiffs"), of a 2003 build 29.33-meter Pershing motor yacht named *Exodus*, Cayman Islands Shipping Registry Official Number 745268 ("Vessel"), at all times material, have filed a Verified Complaint pursuant to Title 46, United States Code, Section 30501-305012, claiming the right to exoneration from or limitation of liability for any and all claims allegedly resulting from an incident which allegedly occurred on September 16, 2020 on or near Florida's territorial waters.  Any and all persons or corporations claiming damage for any and all losses, destruction or damage arising from, or relating to, the matters set forth in the Verified Complaint shall file their claims with the Clerk of the United States District Court for the Southern District of Florida, Miami-Dade Division, 400 North Miami Avenue, Miami, Florida 33128 and serve on or mail to the Plaintiffs' attorneys, Stroup & Martin, P.A. 119 S.E. 12th Street, Fort Lauderdale, Florida 33316 Telephone: (954) 462-8808, a copy thereof on or before_____; any and all persons or corporations desiring to contest allegations of the Verified Complaint shall also file an answer in the United States District Court for the Southern District of Florida and shall serve a copy thereof to the attorneys for Petitioners, on or before_____. **FAILURE TO TIMELY FILE A CLAIM AND/OR ANSWER BY _____, MAY RESULT IN A DEFAULT AND/OR THE WAIVER OF YOUR RIGHT TO FILE A CLAIM AND/OR ANSWER.**