UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21092-CIV-ALTONAGA

IN RE:

**VERIFIED COMPLAINT OF GOD'S BLESSING LTD.**, legal owner, and **ROGER WEST**, beneficial owner, of a 2003 built 29.33-meter Pershing motor yacht named "*Exodus*", Cayman Islands Shipping Registry Official Number 745268, her engines, tackle, furniture, furnishings, tender, personal watercraft and appurtenances, for Exoneration from or Limitation of Liability,

    Petitioners.
_____/

## ORDER

THIS CAUSE came before the Court on Petitioners' Motion to Approve Ad Interim Stipulation of Value and Costs (DE 3), Directing Issuance of Monition and Injunction [ECF No. 5]. A Verified Complaint having been filed on the 12th day of March, 2020, by Petitioners, God's Blessing Ltd. and Roger West, as owners of the 2003 built 29.33-meter Pershing motor yacht named "*Exodus*", Cayman Islands Shipping Registry Number 745268 (the "Vessel"), for exoneration from and/or limitation of liability as provided for in the Act of Congress embodied in 46 U.S.C. §§ 30501 *et. seq.* and pursuant to Rule F of the Supplemental Rules for Certain Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, together with the statutes supplemental thereto and amendatory thereof, and also contesting its liability independently of the limitation of liability claims under said Acts, Treaty or Code for any loss, damages, deaths, personal injuries, damage or destruction of property or other occurrences arising from the accident which occurred on or about September 16, 2019, on the navigable waterways of Miami-Dade County, Florida as further described in the Verified Complaint for Exoneration from or

CASE NO. 20-21092-ALTONAGA

Limitation, and said Verified Complaint also stating the alleged facts and circumstances on which such exoneration from or limitation of liability is claimed;

And Petitioners having deposited with the Court as security for the benefit of Claims, an Ad Interim Stipulation of Value and Stipulation of Costs not less than or equal to the amount of value of their interest in the Vessel as required by the rules of this Court and by the law, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 5]** is **GRANTED**. The Ad Interim Stipulation for the value of Petitioners' interest in the Vessel, for no more than the amount of $936,036.00, including costs of court and interest at the rate of six percent (6%) per annum from date hereof, and filed herein by Petitioners, is accepted as the Ad Interim Stipulation for the purpose of this action and is approved as to form and quantum.

**IT IS FURTHER ORDERED AND ADJUDGED** that Petitioners and any Claimant who may properly become a party hereto may contest the amount of value of Petitioners' interest in the Vessel as fixed in the Ad Interim Stipulation, subject to such increases or decreases in the amount of such Stipulation, together with adequate security, as the Court may from time to time order according to the rules and practices of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that if the amount of this Ad Interim Stipulation is not contested by any Claimant, the Stipulation shall stand as a Stipulation for Value and an appraisal by a Commissioner will not be required.

**IT IS FURTHER ORDERED AND ADJUDGED** that Petitioners shall supply the Clerk a proposed Monition in order for Clerk to issue the Monition under the seal of this Court against all persons or corporations claiming damage for any and all loss, destruction, damage, injuries, and/or death allegedly resulting from the occurrences and happenings recited in the Verified Complaint; and for such persons or corporations to file their respective claims with the

CASE NO. 20-21092-ALTONAGA

Clerk of the Court. All persons or corporations so presenting claims and desiring to contest the allegations of the Verified Complaint shall file answers to the Verified Complaint and shall serve on or mail to the attorneys for the Petitioners copies thereof or be defaulted.

**IT IS FURTHER ORDERED** that Petitioners shall ensure a public notice of the Monition is given by publication as required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida, once each week for four successive weeks in the "Daily Business Review – Miami-Dade Edition" prior to the date fixed for the filing of claims in accordance with Supplemental Rule F and not later than the date of the second weekly publication; and that copies of the notice are mailed by Petitioners to every person or corporation known by the Petitioners to have a claim against Petitioners arising out of the accident set forth in the Verified Complaint.

**IT IS FURTHER ORDERED** that the commencement or further prosecution of any action, suit or proceeding in any court whatsoever, and the institution and prosecution of any suits, actions or legal proceedings, of any nature or description whatsoever, in any court whatsoever, except in these proceedings, in respect to any claim arising out of, or connected with the casualty set forth in the Verified Complaint herein, be and the same are hereby STAYED AND RESTRAINED until the final determination of this proceeding.

**IT IS FINALLY ORDERED** that the service of this Order as a restraining order in this District may be made in the usual manner as any other district of the United States by delivery by the Marshal of the United States for such District of a certified copy of this Order on the person or persons to be restrained or to their respective attorneys, or alternatively, by mailing a conformed copy of it to the person or persons to be restrained or to their respective attorney.

CASE NO. 20-21092-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 13th day of March, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record