UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:20-cv-21092-CMA

IN RE:

VERIFIED COMPLAINT OF GOD'S
BLESSING LTD., legal owner, and ROGER
WEST, beneficial owner, of a 2003 built 29.33-
meter Pershing motor yacht named "*Exodus*",
Cayman Islands Shipping Registry Official
Number 745268, her engines, tackle, furniture,
furnishings, tender, personal watercraft and
appurtenances, for Exoneration from or
Limitation of Liability,



Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____ *Ketly Pierre*_____
                    Deputy Clerk
Date __*Mar 13, 2020*__

            Petitioners.

_____              _____

## NOTICE OF MONITION

LEGAL NOTICE FOR PUBLICATION.  Notice is hereby given that Plaintiffs, GOD'S
BLESSING LTD. and ROGER WEST, as owners, ("Plaintiffs"), of a 2003 build 29.33-
meter Pershing motor yacht named *Exodus*, Cayman Islands Shipping Registry Official
Number 745268 ("Vessel"), at all times material, have filed a Verified Complaint
pursuant to Title 46, United States Code, Section 30501-305012, claiming the right to
exoneration from or limitation of liability for any and all claims allegedly resulting from
an incident which allegedly occurred on September 16, 2020 on or near Florida's
territorial waters.  Any and all persons or corporations claiming damage for any and all
losses, destruction or damage arising from, or relating to, the matters set forth in the
Verified Complaint shall file their claims with the Clerk of the United States District
Court for the Southern District of Florida, Miami-Dade Division, 400 North Miami
Avenue, Miami, Florida 33128 and serve on or mail to the Plaintiffs' attorneys, Stroup &
Martin, P.A. 119 S.E. 12th Street, Fort Lauderdale, Florida 33316 Telephone: (954) 462-
8808, a copy thereof on or before___4/10/2020___; any and all persons or corporations
desiring to contest allegations of the Verified Complaint shall also file an answer in the
United States District Court for the Southern District of Florida and shall serve a copy
thereof to the attorneys for Petitioners, on or before___ 4/10/2020 ___. **FAILURE TO
TIMELY FILE A CLAIM AND/OR ANSWER BY _ 4/10/2020 __, MAY RESULT
IN A DEFAULT AND/OR THE WAIVER OF YOUR RIGHT TO FILE A CLAIM
AND/OR ANSWER.**