UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:20-cv-21092-CMA

IN RE:

VERIFIED COMPLAINT OF GOD'S BLESSING LTD., legal owner, and ROGER WEST, beneficial owner, of a 2003 built 29.33-meter Pershing motor yacht named "*Exodus*", Cayman Islands Shipping Registry Official Number 745268, her engines, tackle, furniture, furnishings, tender, personal watercraft and appurtenances, for Exoneration from or Limitation of Liability,

        Petitioners.
_____/

## PETITIONERS' NOTICE OF FILING PROOF OF PUBLICATION

Pursuant to Supplemental Admiralty Rule F(4), Petitioners, God's Blessing, Ltd. and Roger West, hereby notify the Court that the Notice of Monition was published in the Miami Daily Business Review for four (4) consecutive weeks commencing March 20, 2020, and files the affidavit of proof of publication attached hereto as Exhibit "A".

Dated: April 21, 2020.

                                      Respectfully submitted,

                                      By: */s/ Farris J. Martin III*
                                      FARRIS J. MARTIN, III
                                      Florida Bar No. 879916
                                      JAMES W. STROUP
                                      Florida Bar No. 842117
                                      Stroup & Martin, P.A.
                                      119 Southeast 12th Street
                                      Fort Lauderdale, Florida  33316
                                      Telephone:  (954) 462-8808

Facsimile:  (954) 462-0278  
E-mail:  jstroup@strouplaw.com  
E-mail:  fmartin@strouplaw.com  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 21st day of April 2020 and that it is being served via CM/ECF on the counsel of record shown on the Service List.

By:  */s/ Farris J. Martin, III*  
FARRIS J. MARTIN, III  
Florida Bar No. 879916

## SERVICE LIST

Ronald D. Rodman  
Friedman Rodman & Frank, P.A.  
3636 West Flagler Street  
Miami, Florida 33135  
Telephone:  (305) 448-8585  
Email:  ronrod.frf@gmail.com  
*Attorney for Respondent/Counter Claimant*