# EXHIBIT "A"

## MIAMI DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Miami, Miami-Dade County, Florida

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE:**

Before the undersigned authority personally appeared GUILLERMO GARCIA, who on oath says that he or she is the DIRECTOR OF OPERATIONS, Legal Notices of the Miami Daily Business Review f/k/a Miami Review, a daily (except Saturday, Sunday and Legal Holidays) newspaper, published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

1-20-CV-21092-CMA
NOTICE OF MONITION - IN RE: VERIFIED COMPLAINT OF
GOD'S BLESSING LTD.

in the U.S. DISTRICT Court,
was published in said newspaper in the issues of

03/20/2020 03/27/2020 04/03/2020 04/10/2020

Affiant further says that the said Miami Daily Business Review is a newspaper published at Miami, in said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida each day (except Saturday, Sunday and Legal Holidays) and has been entered as second class mail matter at the post office in Miami in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this
10 day of APRIL, A.D. 2020

(SEAL)
GUILLERMO GARCIA personally known to me

BARBARA THOMAS
Commission # GG 121171
Expires November 2, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

---

**NOTICE OF MONITION**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
CASE NO.: 1:20-cv-21092-CMA
IN RE:
VERIFIED COMPLAINT OF GOD'S BLESSING LTD., legal owner, and ROGER WEST, beneficial owner, of a 2003 built 29.33- meter Pershing motor yacht named "Exodus", Cayman Islands Shipping Registry Official Number 745268, her engines, tackle, furniture, furnishings, tender, personal watercraft and appurtenances, for Exoneration from or Limitation of Liability,
Petitioners.
LEGAL NOTICE FOR PUBLICATION. Notice is hereby given that Plaintiffs, GOD'S BLESSING LTD. and ROGER WEST, as owners, ("Plaintiffs"), of a 2003 build 29.33- meter Pershing motor yacht named Exodus, Cayman Islands Shipping Registry Official Number 745268 ("Vessel"), at all times material, have filed a Verified Complaint pursuant to Title 46, United States Code, Section 30501-305012, claiming the right to exoneration from or limitation of liability for any and all claims allegedly resulting from an incident which allegedly occurred on September 16, 2019 on or near Florida's territorial waters. Any and all persons or corporations claiming damage for any and all losses, destruction or damage arising from, or relating to, the matters set forth in the Verified Complaint shall file their claims with the Clerk of the United States District Court for the Southern District of Florida, Miami-Dade Division, 400 North Miami Avenue, Miami, Florida 33128 and serve on or mail to the Plaintiffs' attorneys, Stroup & Martin, P.A. 119 S.E. 12th Street, Fort Lauderdale, Florida 33316 Telephone: (954) 462- 8808, a copy thereof on or before 4/13/2020; any and all persons or corporations desiring to contest allegations of the Verified

1-20-CV-21092-CMA

Complaint shall also file an answer in the United States District Court for the Southern District of Florida and shall serve a copy thereof to the attorneys for Petitioners, on or before 4/13/2020. FAILURE TO TIMELY FILE A CLAIM AND/OR ANSWER BY 4/13/2020, MAY RESULT IN A DEFAULT AND/OR THE WAIVER OF YOUR RIGHT TO FILE A CLAIM AND/OR ANSWER.

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court Southern District of Florida
By Ketly Pierre
Deputy Clerk
Date Mar 16, 2020
3/20-27 4/3-10   20-116/0000464242M

2/2