UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:20-cv-21092-ALTONAGA/Goodman

IN RE:

VERIFIED COMPLAINT OF GOD'S BLESSING LTD., legal owner, and ROGER WEST, beneficial owner, of a 2003 built 29.33-meter Pershing motor yacht named "*Exodus*", Cayman Islands Shipping Registry Official Number 745268, her engines, tackle, furniture, furnishings, tender, personal watercraft and appurtenances, for Exoneration from or Limitation of Liability,

        Petitioners.
_____/

## PETITIONERS' STATUS REPORT

Pursuant to the Court's Order (DE 48), Petitioners, God's Blessing Ltd. and Roger West, file this Status Report and state:

1.  Claimant, Kathy Salas, filed a Complaint in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida on November 24, 2020. A copy of Salas' Complaint is attached hereto as Exhibit "A".

2.  The Complaint contains allegations that ask the State court to determine God's Blessing Ltd.'s and Roger West's right to limitation of liability. See the yellow highlighted allegations in paragraphs 20, 22, 23, 50, 67, 79, 90, 100, 110, and the *Ad Damnum* ("Wherefore") clauses under Counts I, II, III and IV of the Complaint.

3.  Petitioners, God's Blessing Ltd. and Roger West, filed their respective Answers and Affirmative Defenses in the State action on December 30, 2020. The Petitioners both alleged

that Salas cannot ask the State court to determine limitation of liability issues because Salas stipulated that this and other related issues are reserved unto the District Court.

4. Petitioners believe this Court should be aware that Claimant, Salas, has violated her Stipulations and this Court's Order dated August 31, 2020 (ECF 48). See Exhibit "A" attached hereto.

5. Petitioners also wish the Court to know that Claimant, Salas, filed the prior Status Reports without consulting with Petitioners' counsel to obtain his input on the contents of the Status Reports.

Dated: March 1, 2021.

Respectfully Submitted,

By: /s/ *Farris J. Martin, III*
Farris J. Martin, III, Esq.
Florida Bar No.: 879916
fmartin@strouplaw.com
James W. Stroup, Esq.
Florida Bar No.: 842117
jstroup@strouplaw.com
STROUP & MARTIN, P.A.
119 Southeast 12th Street
Fort Lauderdale, Florida 33316
Telephone: (954) 462-8808
*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 1st day of March, 2021, and that it is being served via CM/ECF on the counsel of record shown on the Service List attached..

By: /s/ *Farris J. Martin, III*
Farris J. Martin, III, Esq.
Florida Bar No.: 879916

**SERVICE LIST**

Tonya J. Meister, Esq.
Meister Law, LLC
Courthouse Tower, Suite 750
44 West Flagler Street
Miami, Florida  33130
Telephone: (305) 590-5570
Facsimile:   (305) 675-3787
E-mail:  tonya@meisterlawfirm.com
*Attorneys for Defendant/Claimant*